# Tarrant County District Clerk Online
## Thomas A. Wilder, District Clerk

Civil Case and Transaction Information                    08/31/2023 8:45 AM

Court : 096    Case : 344236    [Search]    [New Search]    ☐ Show Service Documents ONLY

**Cause Number : 096-344236-23**                    **Date Filed : 08-04-2023**

DEBORAH REYES, ET AL  | VS |  NATIONWIDE MUTUAL INSURANCE COMPANY

**Cause of Action :** CONTRACT, CONSUMER/DTPA
**Case Status :** PENDING

| File Mark | Description | | | Assessed Fee | Credit/Paid Fee |
|---|---|---|---|---|---|
| 08-04-2023 | PLTFS' ORIG PET & JURY DEMAND | 📄 | N | $350.00 | |
| 08-04-2023 | PAYMENT RECEIVED trans #1 | | Y | | $213.00 |
| 08-04-2023 | PAYMENT PAID TO STATE trans #1 | | Y | | $137.00 |
| 08-04-2023 | SERVICE REQ FORM (ATTACHED) | 📄 | | | $0.00 |
| 08-04-2023 | CIT-ISSUED ON NATIONWIDE MUTUAL INSURANCE COMPANY-On 08/07/2023 | 📄 | N   Svc | $8.00 | |
| 08-04-2023 | PAYMENT RECEIVED trans #5 | | Y | | $8.00 |

**DEFENDANT'S EXHIBIT C**

| | | | | |
|---|---|---|---|---|
| 08-04-2023 | JURY REQUESTED | | | $0.00 |
| | Case 4:23-cv-00900-O    Document 1-3    Filed 08/31/23    Page 2 of 2    PageID 30 | | | |
| 08-18-2023 | CIT RTN (NATION WIDE MUTUAL INS CO) | | | $0.00 |
| 08-18-2023 | CIT Tr# 5 RET EXEC(NATIONWIDE MUTUAL INSURANCE COMPANY) On 08/14/2023 | | | $0.00 |